[No. 62159-9-I.   Division One.   November 9, 2009.]

*In the Matter of the Personal Restraint of* JOHN COURTRIGHT, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 62163-7-I.   Division One.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER C. PURDY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-11452-8, Kimberley Prochnau, J., entered August 11, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Lau and Leach, JJ.

[No. 62412-1-I.   Division One.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. REGINALD WAYNE WILTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-13646-1, Theresa B. Doyle, J., entered June 4, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Becker, J.

[No. 62497-1-I.   Division One.   November 9, 2009.]

ALIZA, INC., *Appellant,* v. JOHN N. ZAREMBA ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-00699-7, Ira Uhrig, J., entered September 26, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Becker, J.